JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDAL SANCHEZ,<br><br>          Plaintiff,<br><br>    v.<br><br>AMERICA'S SERVICING COMPANY,<br><br>          Defendant. | Case No. EDCV 09-797-VAP (FFMx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: May 30, 2009

                                VIRGINIA A. PHILLIPS
                                United States District Judge